IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01821-MEH

ASHLEY M. CAMP,

    Plaintiff,

v.

AMERICAN BLUE RIBBON HOLDINGS LLC,

    Defendant.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice [filed September 14, 2015; docket # 5]. The Court finds the Notice and terms of the dismissal proper. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), this case is **dismissed without prejudice**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 16th day of September, 2015.

                            BY THE COURT:

                            *Michael E. Hegarty*

                            Michael E. Hegarty
                            United States Magistrate Judge